IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AG-EIP 1 GEOFFREY DRIVE, LLC,<br>    *Plaintiff,*<br><br>v.<br><br>ZURICH AMERICAN INSURANCE CO.,<br>AMAZON.COM, INC.,<br>AMAZON.COM SERVICES, LLC, and<br>TRAVELERS INDEMNITY CO.<br>    *Defendants,*<br><br>v.<br><br>ENDURANCE ASSURANCE<br>CORPORATION and OHIO SECURITY<br>INSURANCE COMPANY,<br>    *Third-Party Defendants*. | CASE NO.: 2:22-CV-04629-CMR |

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

It is hereby STIPULATED and AGREED by and among the parties, through their respective counsel of record and subject to the approval of the Court, as follows:

The above-entitled action is hereby dismissed without prejudice.

All Third-Party Complaints and Crossclaims asserted by Defendants and Third-Party Defendants in the above-entitled action are hereby dismissed without prejudice.

Each party shall bear its own costs.

*John F. McDevitt, Jr.*
John F. McDevitt, Jr., Esq.
Attorney for Plaintiff,
AG-EIP 1 Geoffrey Drive, LLC
Attorney for Third-Party Defendant,
Endurance Assurance Corporation

Selena J. Linde
Selena J. Linde, Esq.
Attorney for Defendants,
Amazon.com, Inc.
Amazon.com Services, LLC

25742734v1

| | |
|---|---|
| s/Marc J. Syken<br>Marc J. Syken, Esq.<br>Attorney for Defendant,<br>Zurich American Ins. Co. | /s/Lisa A. Cumming<br>Lisa A. Cumming, Esq.<br>Attorney for Third-Party Defendant,<br>Ohio Security Insurance Company |

It is so **ORDERED.**

BY THE COURT:

Date: June 6, 2023

/s/ Cynthia M. Rufe
_____
Cynthia M. Rufe, J.

25742734v1